STATE OF NEW JERSEY v. CLARENCE MOORE.

June 1, 1971. Petition for certification denied.

ALITA ALIULIS v. TUNNEL HILL CORP.

June 1, 1971. Petition and Cross Petition granted. (See 114 *N. J. Super.* 205).

JAMES A. LYON, JR., EXECUTOR, *ETC.* v. SIDNEY GLASER, *ET AL.*

June 1, 1971. Petition for certification granted.

STATE OF NEW JERSEY v. JEAN NICHOLS.

June 1, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. DAVID HARVEY.

June 1, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD HOWARD.

June 1, 1971. Petition for certification denied.